### GEORGE W. HUBBARD *vs.* STEARNS HUBBARD.

The right of one party to a civil action to examine the other on written interrogatories under *St.* 1852, *c.* 312, §§ 61-74, is not taken away by *St.* 1856, *c.* 188, making parties competent witnesses.

MOTION under *St.* 1852, *c.* 312, § 72, to default a defendant who had neglected for ten days to answer interrogatories filed by the plaintiff under §§ 61-74.

*S. T. Spaulding*, for the plaintiff.

*W. Allen, Jr.* for the defendant, argued that §§ 61-74 of *St.* 1852, *c.* 312, allowing either party to a civil action to examine the adverse party in writing, were superseded and repealed by *St.* 1856, *c.* 88, " to enable parties in civil actions to be witnesses therein," which provides that parties in civil actions " may be admitted to testify in their own favor, and may be called as witnesses by the opposite party."

But THE COURT held otherwise, and ordered the

                    *Defendant to answer the interrogatories.*